Case 16-08835 Doc 13 Filed 03/22/16 Entered 03/24/16 10:58:55 Desc Main Document Page 1 of 1

16-08835:6.0:Application for Installment Agreement:Main Document Entered: 3/15/2016 12:48:21 PM by:Charles McMullen Page 2 of 2

Fill in this information to identify the case:

Debtor 1: MELVIN Cortez ALLEN
  First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (if known): 16-8835

Chapter filing under:
[X] Chapter 7
[ ] Chapter 11
[ ] Chapter 12
[ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 100 | 3-23-16 |
| $ 100 | 4-15-16 |
| $ 135 | 5-20-16 |
| + $ _____ | _____ |

Total $ _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

MAR 22 2016
Month / day / year

By the court: J. Cox  *Jacqueline P. Cox*
United States Bankruptcy Judge